Case 2:23-cv-00081   Document 20   Filed on 10/31/23 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
October 31, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| ARANSAS TERMINAL COMPANY, LLC, | § | |
| Plaintiff, | § | |
| V. | § | CIVIL ACTION NO. 2:23-CV-00081 |
| CUSTOM MARINE, INC., *et al.*, | § | |
| Defendants. | § | |

### FINAL JUDGMENT

Pursuant to the Court's orders granting default judgment, (D.E. 14), and altering default judgment, (D.E. 19), the Court enters final judgment in this case.

As such, the Court **ORDERS**:

(1) That Judgment by default is entered in favor of Plaintiff and against Defendants.

(2) That Plaintiff recover sum certain damages in the amount of $64,350.00.

(3) That Plaintiff recover prejudgment interest in the amount of $4,799.48.

(4) That Plaintiff recover attorney fees in the amount of $13,214.00 as determined by the lodestar method.

(5) That Plaintiff is also entitled to recover costs under Federal Rule of Civil Procedure 54(d)(1). Plaintiff may submit a new bill of costs **within fourteen (14) days** after entry of this final judgment. *See* LOCAL RULE 54.2.

(6) This Judgment is a final judgment.

(7) The Clerk of Court is **DIRECTED** to **CLOSE** this case.

SO ORDERED.

_____
DAVID S. MORALES
UNITED STATES DISTRICT JUDGE

Dated: Corpus Christi, Texas
       October 31st, 2023